RECEIPT # _____
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY CLK. _____
DATE 11-25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

VINCENT F. ZARILLI,
Plaintiff

v.

CITY OF BOSTON, ET AL.
Defendants.

03 CV 12387 RGS

MAGISTRATE JUDGE _____

### NOTICE OF REMOVAL
(Pursuant to 28 U.S.C. §1441)

Defendant City of Boston petitions, pursuant to 28 U.S.C. §1441, for removal from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, the action entitled <u>Vincent F. Zarrilli v City of Boston, et al.</u>, currently pending as Civil Action No. 03-5263.

1. This action alleges that defendants violated the federal civil rights of plaintiff Vincent F. Zarrilli by engaging in unconstitutional and discriminatory prosecution and enforcement. Plaintiff further alleges that defendants violated his right to be free from an illegal search and seizure and used an illegally obtained warrant. Additionally, plaintiff alleges that defendants violated his right to due process. Plaintiff also claims that he was subjected to malicious prosecution, intentional infliction of emotional distress, slander, and constitutional torts;

2. Plaintiff specifically alleges that defendants violated 42 U.S.C. §1983 and the Fourteenth Amendment to the United States Constitution;

1

3. This action clearly "arises under the Constitution treaties or laws of the United States" and is therefore removable under 28 U.S.C. §1441;

4. A fair reading of the facts and theories as a whole make it apparent that federal constitutional law and issues are an essential part of the case and therefore, defendants have the statutory right to remove this action;

5. This *Notice of Removal* is being filed within thirty (30) days of service upon defendants; and

6. Upon information and belief, defendant City of Boston is the only party that has been properly served with plaintiff's complaint.

WHEREFORE, defendant City of Boston petitions that this action be removed.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel
By its attorneys,

Thomas R. Donohue, BBO# 643483
Layla N. Avila, BBO# 650665
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4039

Dated: November 25, 2003

## VERIFICATION

I, Thomas R. Donohue, hereby swear under the pains and penalties of perjury that the statements of fact in this petition are true and correct to the best of my knowledge, information and belief.

<div style="margin-left: 40%;">
Respectfully submitted,<br>
DEFENDANT, CITY OF BOSTON<br>
Merita A. Hopkins<br>
Corporation Counsel<br>
By its attorneys,<br>
<br>
<br>
_____<br>
Thomas R. Donohue, BBO# 643483<br>
Layla N. Avila, BBO# 650665<br>
Assistant Corporation Counsel<br>
City of Boston Law Department<br>
Room 615, Boston City Hall<br>
Boston, Massachusetts 02201<br>
(617) 635-4039
</div>

Dated: November 25, 2003

## CERTIFICATE OF SERVICE

I, Thomas R. Donohue, hereby certify that on this date I served a copy of the foregoing documents upon the pro se plaintiff: Vincent F. Zarrilli, Box 101, Hanover Station, Boston, MA 02112, via first class, postage prepaid, U.S. Mail.

11/25/03
Date

Thomas R. Donohue