EXHIBIT 5



## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                           BOSTON MUNICIPAL COURT
                                       Civ. No.:

### APPLICATION FOR ADMINISTRATIVE INSPECTION WARRANT PURSUANT TO M.G.L. c. 111, §§ 122 & 127A, AND 105 CMR 400.100

**SUBJECT PROPERTY:**        64 Salem Street
                             North End
                             Boston, MA
                             (Ward 3)

**APPLICANTS:**              Edward Kennedy

**POSITION OF APPLICANT:**   Housing Inspector, Inspectional Services Dept.

I, Edward Kennedy, being duly sworn, depose and state that:

1. Based on the particular facts set forth in my affidavit dated November 6, 2000, and attached hereto as Exhibit A, I believe that there are violations of the State Sanitary Code and Building Code that exist at 64 Salem Street, Boston, MA, I apply for an Administrative Inspection Warrant.

2. Based upon the information set forth in the attached Kennedy affidavit, lawful reasons exist for this Court to issue an Administrative Inspection Warrant to enable us, accompanied by Building and Sanitary Inspectors from the Inspectional Services Department to determine whether violations of the Sanitary and Building Code exist which constitute serious public safety violations.

3. We are seeking the issuance of an Administrative Inspection Warrant to:

   a. gain access to the subject property;

   b. confirm suspicions of violations of the Sanitary and Building Code located at the subject property;

   c. if necessary, make the appropriate referrals to the electrical, mechanical, health, and plumbing inspectors; and

## NOTICE TO QUIT
### TERMINATION
### OF
### TENANCY AT WILL

**Dated:** November 28, 2000
**To:** Vincent Zarrilli, Tenant
**Premises:** 64 Salem Street a/k/a 64-66 Salem Street
Ward 3
North End Section of Boston
**From:** Albert Giorgio, Jr., Landlord

Notice is hereby given to you at least one month prior to the rent day of the first of the month to quit your commercial tenancy at will.

I hereby terminate your commercial tenancy at premises known and numbered 64 Salem Street, Boston, Massachusetts, effective January 1, 2001, pursuant to Massachusetts General Laws.

Kindly vacate the premises on January 1, 2001

This notice is being served on or before December 1, 2000.

Albert Giorgio, Jr., Landlord
By his attorney

John M. Moran
Alpine Way
Boston, Massachusetts
(617) 287-1042

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS:                                                          NO.

                                                                      03-5262 -A

V. ZARILLI

    VS

JOYCE, CAHILL, et al

### PLAINTIFF'S DEMAND FOR TRIAL BY JURY

The Plaintiff, Vincent F. Zarrilli, pursuant to rule 38 M.A.C.P. now files his demand for a trial by jury.

                                              Respectfully submitted,

                                              Vincent F. Zarrilli
                                              Box 101, Hanover Station
                                              Boston, MA 02113
                                              Phone: 617-523-9210
                                              Fax:   617-523-6765

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 03-5262-B | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

| PLAINTIFF(S) Vincent F Zarrilli | DEFENDANT(S) Kevin Joyce (J) & Bata, Roger Cline, Byrl Foster, Sgr, Camy moser, Brian, Henry Kinnymor |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE pro se | ATTORNEY (if known) City Steet & Mpa |
| Board of Bar Overseers number: | |

**Origin code and track designation**

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B15, | Tort, personal injury | (A) | (x) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ................................................. $............
  2. Total Doctor expenses ................................................. $............
  3. Total chiropractic expenses ............................................ $............
  4. Total physical therapy expenses ....................................... $............
  5. Total other expenses (describe) ....................................... $............
     Subtotal $............
B. Documented lost wages and compensation to date ..................... $............
C. Documented property damages to date ................................ $............
D. Reasonably anticipated future medical and hospital expenses ........ $............
E. Reasonably anticipated lost wages ..................................... $............
F. Other documented items of damages (describe)
     $............
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

     $............
     TOTAL $............

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

     TOTAL $............

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: 11/4/03

AOTC-6 mtc005-11/99
A.O S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON
Dec. 1, 2003 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT
BY: _____
Asst. Clerk.

MAS-20030912
leakes

Case 1:03-cv-12387-RGS   Document 2-2   Filed 12/04/2003   Page 6 of 11

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

12/01/2003
02:47 PM

## SUCV2003-05263
### Zarrilli v Joyce, Comr Boston Dept Inspectional Services et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 11/04/2003 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 11/28/2003 | Session | B - Civil B | | |
| Origin | 1 | Case Type | B15 - Defamation/libel/slander | | |
| Lead Case | | Track | A | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/02/2004 | Answer | 04/02/2004 | Rule12/19/20 | 04/02/2004 |
| Rule 15 | 01/27/2005 | Discovery | 12/23/2005 | Rule 56 | 02/21/2006 |
| Final PTC | 06/21/2006 | Disposition | 11/03/2006 | Jury Trial | No |

### PARTIES

**Plaintiff**
Vincent F Zarrilli
Box 101
Hanover Station
Boston, MA 02113
Phone: 617-523-9210
Active 11/04/2003 Notify


**Defendant**
Kevin Joyce, Comr Boston Dept Inspectional
Services
Service pending 11/04/2003

**Private Counsel 643483**
Thomas R Donohue
Boston (City of) Law Dept
City Hall Plaza
Room 615
Boston, MA 02201
Phone: 617-635-4039
Fax: 617-635-3199
Active 11/28/2003 Notify

**Private Counsel 650665**
Layla N. Avila
Boston (City of) Law Dept
1 City Hall Plaza
Room 615
Boston, MA 02201
Phone: 617-635-4034
Fax: 617-635-6199
Active 11/28/2003 Notify

**Defendant**
City of Boston
Service pending 11/04/2003

**Private Counsel 643483**
Thomas R Donohue
Boston (City of) Law Dept
City Hall Plaza
Room 615
Boston, MA 02201
Phone: 617-635-4039
Fax: 617-635-3199
Active 11/28/2003 Notify

MAS-20030912  Case 1:03-cv-12387-RGS   Document 2-2   Filed 12/04/2003   Page 7 of 11   12/01/2003
leakes                    Commonwealth of Massachusetts                                  02:47 PM
                              SUFFOLK SUPERIOR COURT
                                   Case Summary
                                   Civil Docket

### SUCV2003-05263
### Zarrilli v Joyce, Comr Boston Dept Inspectional Services et al

|  |  |
|---|---|
|  | **Private Counsel 650665**<br>Layla N. Avila<br>Boston (City of) Law Dept<br>1 City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4034<br>Fax: 617-635-6199<br>Active 11/28/2003 Notify |
| **Defendant**<br>Boston Code Enforcement Program<br>Service pending 11/04/2003 | **Private Counsel 643483**<br>Thomas R Donohue<br>Boston (City of) Law Dept<br>City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4039<br>Fax: 617-635-3199<br>Active 11/28/2003 Notify |
|  | **Private Counsel 650665**<br>Layla N. Avila<br>Boston (City of) Law Dept<br>1 City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4034<br>Fax: 617-635-6199<br>Active 11/28/2003 Notify |
| **Defendant**<br>Boston Inspectional Services Dept<br>Service pending 11/04/2003 | **Private Counsel 643483**<br>Thomas R Donohue<br>Boston (City of) Law Dept<br>City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4039<br>Fax: 617-635-3199<br>Active 11/28/2003 Notify |
|  | **Private Counsel 650665**<br>Layla N. Avila<br>Boston (City of) Law Dept<br>1 City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4034<br>Fax: 617-635-6199<br>Active 11/28/2003 Notify |

MAS-20030912
leakes
Case 1:03-cv-12387-RGS   Document 2-2   Filed 12/04/2003   Page 8 of 11
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket
12/01/2003
02:47 PM

### SUCV2003-05263
### Zarrilli v Joyce, Comr Boston Dept Inspectional Services et al

| Defendant | |
|---|---|
| **Defendant**<br>James Cahill, Director Boston Code<br>Service pending 11/04/2003 | **Private Counsel 643483**<br>Thomas R Donohue<br>Boston (City of) Law Dept<br>City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4039<br>Fax: 617-635-3199<br>Active 11/28/2003 Notify<br><br>**Private Counsel 650665**<br>Layla N. Avila<br>Boston (City of) Law Dept<br>1 City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4034<br>Fax: 617-635-6199<br>Active 11/28/2003 Notify |
| **Defendant**<br>Mark Meehan, Boston Code program<br>Service pending 11/04/2003 | **Private Counsel 643483**<br>Thomas R Donohue<br>Boston (City of) Law Dept<br>City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4039<br>Fax: 617-635-3199<br>Active 11/28/2003 Notify<br><br>**Private Counsel 650665**<br>Layla N. Avila<br>Boston (City of) Law Dept<br>1 City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4034<br>Fax: 617-635-6199<br>Active 11/28/2003 Notify |
| **Defendant**<br>Willbur Brown, Boston Inspectional Services<br>Service pending 11/04/2003 | **Private Counsel 643483**<br>Thomas R Donohue<br>Boston (City of) Law Dept<br>City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4039<br>Fax: 617-635-3199<br>Active 11/28/2003 Notify |

MAS-20030912
leakes

Case 1:03-cv-12387-RGS   Document 2-2   Filed 12/04/2003   Page 9 of 11

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

12/01/2003
02:47 PM

### SUCV2003-05263
### Zarrilli v Joyce, Comr Boston Dept Inspectional Services et al

| | |
|---|---|
| | **Private Counsel 650665**<br>Layla N. Avila<br>Boston (City of) Law Dept<br>1 City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4034<br>Fax: 617-635-6199<br>Active 11/28/2003 Notify |
| **Defendant**<br>Edward Kennedy, Boston Inspectional Services<br>Service pending 11/04/2003 | **Private Counsel 643483**<br>Thomas R Donohue<br>Boston (City of) Law Dept<br>City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4039<br>Fax: 617-635-3199<br>Active 11/28/2003 Notify |
| | **Private Counsel 650665**<br>Layla N. Avila<br>Boston (City of) Law Dept<br>1 City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4034<br>Fax: 617-635-6199<br>Active 11/28/2003 Notify |
| **Defendant**<br>John Blackmore, Boston Code Dept<br>Service pending 11/04/2003 | **Private Counsel 643483**<br>Thomas R Donohue<br>Boston (City of) Law Dept<br>City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4039<br>Fax: 617-635-3199<br>Active 11/28/2003 Notify |
| | **Private Counsel 650665**<br>Layla N. Avila<br>Boston (City of) Law Dept<br>1 City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4034<br>Fax: 617-635-6199<br>Active 11/28/2003 Notify |

Case 1:03-cv-12387-RGS    Document 2-2    Filed 12/04/2003    Page 10 of 11

MAS-20030912  
leakes

**Commonwealth of Massachusetts**  
SUFFOLK SUPERIOR COURT  
Case Summary  
Civil Docket

12/01/2003  
02:47 PM

## SUCV2003-05263
### Zarrilli v Joyce, Comr Boston Dept Inspectional Services et al

| | |
|---|---|
| **Defendant**<br>Anthony Cillo, Boston Code Dept<br>Service pending 11/04/2003 | **Private Counsel 643483**<br>Thomas R Donohue<br>Boston (City of) Law Dept<br>City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4039<br>Fax: 617-635-3199<br>Active 11/28/2003 Notify<br><br>**Private Counsel 650665**<br>Layla N. Avila<br>Boston (City of) Law Dept<br>1 City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4034<br>Fax: 617-635-6199<br>Active 11/28/2003 Notify |
| **Defendant**<br>Christopher Stockbridge, Boston Code Dept<br>Service pending 11/04/2003 | **Private Counsel 643483**<br>Thomas R Donohue<br>Boston (City of) Law Dept<br>City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4039<br>Fax: 617-635-3199<br>Active 11/28/2003 Notify<br><br>**Private Counsel 650665**<br>Layla N. Avila<br>Boston (City of) Law Dept<br>1 City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4034<br>Fax: 617-635-6199<br>Active 11/28/2003 Notify |
| **Defendant**<br>Dan Hogan, Boston Municipal Court<br>Service pending 11/04/2003 | **Private Counsel 643483**<br>Thomas R Donohue<br>Boston (City of) Law Dept<br>City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4039<br>Fax: 617-635-3199<br>Active 11/28/2003 Notify |

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2003-05263
### Zarrilli v Joyce, Comr Boston Dept Inspectional Services et al

| | |
|---|---|
| | Private Counsel 650665<br>Layla N. Avila<br>Boston (City of) Law Dept<br>1 City Hall Plaza<br>Room 615<br>Boston, MA 02201<br>Phone: 617-635-4034<br>Fax: 617-635-6199<br>Active 11/28/2003 Notify |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 11/04/2003 | 1.0 | Complaint |
| 11/04/2003 | | Origin 1, Type B15, Track A. |
| 11/04/2003 | 2.0 | Civil action cover sheet filed |
| 11/25/2003 | | Certified copy of Petition for reamoval to US Dist Court of defts (US Dist# 03-12387RGS) |
| 11/28/2003 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

I HEREBY ATTEST AND CERTIFY ON

Dec. 1, 2003, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk.