UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
Pro Se Plaintiff

v.

CITY OF BOSTON, ET AL.
Defendants.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have communicated with Pro Se Plaintiff Vincent F. Zarrilli concerning *Assented to Defendant City of Boston's Motion to Extend Time to File a Responsive Pleading*. Plaintiff agreed to give Defendant City of Boston three additional weeks, until December 23, 2003, to file a responsive pleading to his complaint.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel
By its attorney:

Thomas R. Donohue BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039

Dated: December 2, 2003

## CERTIFICATE OF SERVICE

I, Thomas R. Donohue, hereby certify that on this date I served a copy of the foregoing documents upon the pro se plaintiff:  Vincent F. Zarrilli, Box 101, Hanover Station, Boston, MA 02112, via first class, postage prepaid, U.S. Mail.

12/2/03
**Date**

*Thomas R. Donohue*
**Thomas R. Donohue**