UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
Pro Se Plaintiff

v.

CITY OF BOSTON, ET AL.
Defendants.

## ASSENTED TO DEFENDANT CITY OF BOSTON'S MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

Now comes Defendant City of Boston and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file a responsive pleading. As grounds for its motion, Defendant states:

1. The City of Boston requires additional time to investigate and to draft an appropriate response to Pre Se Plaintiff's Complaint.

2. Plaintiff names twelve (12) Defendants in his Complaint. Defendants have not been served pursuant to Fed. R. Civ. P. 4(e).

3. Plaintiff has assented to Defendant City of Boston's request for a three-week extension, until Tuesday, December 23, 2003, to file a responsive pleading. Plaintiff assented to Defendant's request via a telephone conversation on Tuesday, December 02, 2003.

4. Allowing this motion will not prejudice any party to the action, and permitting the Defendant City of Boston an extension to file a responsive pleading to Plaintiff's Complaint will further the interests of justice.

WHEREFORE: Defendant City of Boston respectfully requests that this Honorable Court allow its motion to extend time to file a responsive pleading, and set the date for a responsive pleading to be due on or before **December 23, 2003.**

          Respectfully submitted,
          DEFENDANT, CITY OF BOSTON
          Merita A. Hopkins
          Corporation Counsel
          By its attorney,

          /s/ Thomas R. Donohue
          Thomas R. Donohue, BBO# 643483
          Layla N. Avila, BBO# 650665
          Assistant Corporation Counsel
          City of Boston Law Department
          Room 615, Boston City Hall
          Boston, Massachusetts 02201
          (617) 635-4039

December 2, 2003

## CERTIFICATE OF SERVICE

I, Thomas R. Donohue, hereby certify that on this date I served a copy of the foregoing documents upon the pro se plaintiff: Vincent F. Zarrilli, Box 101, Hanover Station, Boston, MA 02112, via first class, postage prepaid, U.S. Mail.

12/2/03
Date

Thomas R. Donohue