# Kirkpatrick & Lockhart LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
www.kl.com

FILED
IN CLERKS OFFICE

2003 DEC -8 P 1:56

U.S. DISTRICT COURT
DISTRICT OF MASS

Daniel E. Rosenfeld
617.951.9112
Fax: 617.261.3175
drosenfeld@kl.com

December 8, 2003

**Via Hand Delivery**

Clerk for Civil Business
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: <u>Donald C. Hillman, et al. v. Schnader Harrison Segal & Lewis, LLP, et al.</u>,
C.A. No. 03cv12345 RGS

Dear Sir or Madam:

Pursuant to Local Rule 81.1 of the United States District Court for the District of Massachusetts, enclosed please find certified copies of all records and proceedings in the state court and a certified copy of all docket entries in the state court for the above referenced matter.

Very truly yours,

Daniel E. Rosenfeld

DER/mas
Enclosures
cc: Robert C. Gerrard, Esq. (w/o enclosures)
  Michael DeMarco, Esq. (w/o enclosures)
  Katherine A. Watras, Esq. (w/o enclosures)

BOS-648221 v1 0516430-0901

BOSTON ■ DALLAS ■ HARRISBURG ■ LOS ANGELES ■ MIAMI ■ NEWARK ■ NEW YORK ■ PITTSBURGH ■ SAN FRANCISCO ■ WASHINGTON