UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
      Pro Se Plaintiff,

v.

CITY OF BOSTON, ET AL.
      Defendants.

**DEFENDANT CITY OF BOSTON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant City of Boston moves this Honorable Court to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted. In support of its motion, defendant states: (1) Plaintiff failed to plead his alleged injury was the result of a City of Boston official policy, custom, or practice; (2) The City of Boston cannot be held liable for alleged constitutional violations through the theory of *respondeat superior*; and (3) The City of Boston cannot be held liable for the alleged intentional torts of its employees.

In further support of its motion, defendant submits the attached memorandum of law.

*Wherefore*, defendant City of Boston respectfully requests that this Honorable Court dismiss plaintiff's complaint.

**ORAL ARGUMENT IS REQUESTED FOR THIS MOTION.**

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel
By its attorneys:


_____
Thomas R. Donohue - BBO# 643483
Layla N. Avila - BBO# #650665
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039 - Donohue
(617) 635-4115 - Avila

Dated: January 14, 2004