UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
    Pro Se Plaintiff,

v.

CITY OF BOSTON, ET AL.
    Defendants.

**DEFENDANT KEVIN JOYCE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6).**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Kevin Joyce moves this Honorable Court to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted. In further support of its motion, defendant submits an attached memorandum of law.

*Wherefore*, defendant Kevin Joyce respectfully requests that this Honorable Court dismiss plaintiff's complaint.

**ORAL ARGUMENT IS REQUESTED FOR THIS MOTION.**

          Respectfully submitted,
          DEFENDANT, KEVIN JOYCE
          Merita A. Hopkins
          Corporation Counsel
          By his attorneys:

          /s/ Thomas R. Donohue
          Thomas R. Donohue - BBO# 643483
          Layla N. Avila - BBO# #650665
          Assistant Corporation Counsel
          City of Boston Law Department
          Room 615, City Hall
          Boston, MA 02201
          (617) 635-4039 - Donohue
          (617) 635-4115 - Avila

Dated: January 14, 2004