UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
        Pro Se Plaintiff,

v.

CITY OF BOSTON, ET AL.
        Defendants.

## DEFENDANT JAMES CAHILL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6).

Pursuant to Fed. R. Civ. P. 12(b)(6) defendant James Cahill moves this Honorable Court to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted. The reasons for dismissing the Complaint are more fully explained in the accompanying Memorandum in Support of this Motion to Dismiss.

*Wherefore*, Defendant James Cahill respectfully requests that this Honorable Court dismiss Plaintiff's Complaint.

**ORAL ARGUMENT IS REQUESTED FOR THIS MOTION.**

Respectfully submitted,
DEFENDANT, James Cahill
Merita A. Hopkins
Corporation Counsel
By his attorneys:


Thomas R. Donohue - BBO# 643483
Layla N. Avila - BBO# #650665
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4034

Dated: January 14, 2004