UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
    Pro Se Plaintiff,

v.

CITY OF BOSTON, ET AL.
    Defendants.

## DEFENDANTS ANTHONY CILLO AND CHRISTOPHER STOCKBRIDGE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

Plaintiff brings a nineteen (19) count complaint against twelve (12) defendants including Anthony Cillo ("Cillo") and Christopher Stockbridge ("Stockbridge"), employees of the City of Boston Code Enforcement Division ("Code Enforcement"). It appears that plaintiff alleges unconstitutional conduct on the part of the City of Boston and its employees due to the November 8, 2000, condemnation of 64 Salem Street, Boston, MA (See Complaint). Defendants Cillo and Stockbridge, respectfully request that this Honorable Court dismiss the action pursuant to Fed. R. Civ. P. 12(b)(6).

As grounds for their motion, defendants Cillo and Stockbridge state that the Complaint fails to state a claim against them upon which relief can be granted, and that they are unable to ascertain from the facts as plead any theory of

liability based upon plaintiff's pleadings by which they would be liable to the Plaintiff for any loss or damage. The Complaint not only lacks any allegation of wrongdoing by defendants Cillo and Stockbridge, but other than appearing in the caption, fails to mention either of them at all. Accordingly, defendants Cillo and Stockbridge move that the Plaintiff's Complaint be dismissed as against them.

*Wherefore*, Defendants Anthony Cillo and Christopher Stockbridge respectfully request that this Honorable Court dismiss Plaintiff's Complaint.

                Respectfully submitted,
                DEFENDANTS, ANTHONY CILLO AND CHRISTOPHER STOCKBRIDGE
                Merita A. Hopkins
                Corporation Counsel
                By their attorneys,

                _____
                Layla N. Avila - BBO# #650665
                Thomas R. Donohue - BBO# 643483
                Assistant Corporation Counsel
                City of Boston Law Department
                Room 615, City Hall
                Boston, Massachusetts 02201
                (617) 635-4034

CERTIFICATE OF SERVICE

I, Thomas R. Donohue, hereby certify that on this date I served a copy of the foregoing document: *Defendants Anthony Cillo And Christopher Stockbridge's Motion To Dismiss Plaintiff's Complaint Pursuant To Fed. R. Civ. P. 12(B)(6)* upon the pro se plaintiff:  Vincent F. Zarrilli, Box 101, Hanover Station, Boston, MA 02112, via first class, postage prepaid, U.S. Mail.

_1/15/04_  
Date

_Thomas R. Donohue_  
Thomas R. Donohue