UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
    Pro Se Plaintiff,

v.

CITY OF BOSTON, ET AL.
    Defendants.

## DEFENDANTS BOSTON CODE ENFORCEMENT PROGRAM AND BOSTON INSPECTIONAL SERVICES DEPARTMENT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Boston Code Enforcement Program and Boston Inspectional Services Department move this Honorable Court to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted. In support of their motion defendants state: the Boston Code Enforcement Program and the Boston Inspectional Services Department are not separate legal entities from the City of Boston. Therefore, suit may not be brought against them.

In further support of their motion, defendants submit the attached memorandum of law.

*Wherefore*, defendants Boston Code Enforcement Program and Boston Inspectional Services Department respectfully request that this Honorable Court dismiss Plaintiff's Complaint.

**ORAL ARGUMENT IS REQUESTED FOR THIS MOTION.**

Respectfully submitted,
DEFENDANT, BOSTON CODE
ENFORCEMENT PROGRAM AND
BOSTON INSPECTIONAL
SERVICES DEPARTMENT
Merita A. Hopkins
Corporation Counsel
By its attorneys:

_____
Thomas R. Donohue - BBO# 643483
Layla N. Avila - BBO# #650665
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039 - Donohue
(617) 635-4115 - Avila

Dated: January 14, 2004