UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. No. 1:03-cv-12387-RGS

|  |  |
|---|---|
| VINCENT ZARRILLI, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN JOYCE, Commissioner, Boston Dept. of Inspectional Services; CITY OF BOSTON; BOSTON CODE ENFORCEMENT PROGRAM; BOSTON INSPECTIONAL SERVICES DEPT; JAMES CAHILL, Director, Boston Code; MARK MEEHAN, Boston Code Program; WILBUR BROWN, Boston Inspectional Services; EDWARD KENNEDY, Boston Inspectional Services; JOHN BLACKMORE, Boston Code Dept.; ANTHONY CILLO, Boston Code Dept.; CHRISTOPHER STOCKBRIDGE, Boston Code Dept.; and DAN HOGAN, Boston Municipal Court, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendant, Daniel Hogan, Chief Magistrate, Boston Municipal Court, in the above-entitled case.

                                                COMMONWEALTH OF MASSACHUSETTS
                                                By its Attorneys

                                                THOMAS F. REILLY
                                                ATTORNEY GENERAL

*[signature]*

Franco J. GoBourne, BBO # 567143
Assistant Attorney General
Government Bureau/Trial Division
200 Portland Street, 3rd Floor
Boston, MA 02114
(617) 727-2200, Ext. 3329

Date: January 9, 2004

## CERTIFICATE OF SERVICE

    I, Franco J. GoBourne, Assistant Attorney General, hereby certify that I have this day, January 9, 2004, served the foregoing **document**, upon all parties, by mailing a copy, Certified Mail, postage prepaid to:

        Vincent F. Zarrilli
        Box 101
        Hanover Station
        Boston, MA 02113

        Thomas R. Donohue, Esq.
        Layla N. Avila, Esq.
        City of Boston Law Department
        Room 615
        One City Hall
        Boston, MA 02201

        _____
        Franco J. GoBourne BBO # 567143
        Assistant Attorney General
        Trial Division