UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
<u>Pro Se Plaintiff,</u>

v.

CITY OF BOSTON, ET AL.
<u>Defendants.</u>

### DEFENDANT EDWARD KENNEDY'S MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

Now comes defendant Edward Kennedy who respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to file a responsive pleading.

As grounds for his motion defendant Kennedy states:

1. Plaintiff names twelve (12) defendants in his complaint.

2. Counsel for the defendants, Layla N. Avila and Thomas R. Donohue, have been assigned to represent ten (10) defendants in this case.

3. Counsel for the defendants, Layla N. Avila and Thomas R. Donohue, have filed responsive pleadings for nine (9) defendants.

4. Counsel for defendant Kennedy requires additional time to investigate and to draft an appropriate response to plaintiff's complaint.

5. Counsel for defendant Kennedy requests an extension of one additional week to file a responsive pleading to plaintiff's complaint, until Wednesday, January 21, 2004.

6. Defendants have not been served pursuant to Fed. R. Civ. P. 4(e).

7. Allowing this motion will not prejudice any party to the action, and permitting defendant Kennedy an extension to file a responsive pleading to plaintiff's complaint will further the interests of justice.

WHEREFORE: Defendant Edward Kennedy respectfully requests that this Honorable Court allow his motion to extend time to file a responsive pleading, and set the date for a responsive pleading to be due on or before **January 21, 2004.**

> Respectfully submitted,
> DEFENDANT, EDWARD KENNEDY
> Merita A. Hopkins
> Corporation Counsel
> By his attorneys,
>
> /s/ Thomas R. Donohue
> Thomas R. Donohue, BBO# 643483
> Layla N. Avila, BBO# 650665
> Assistant Corporation Counsel
> City of Boston Law Department
> Room 615, Boston City Hall
> Boston, Massachusetts 02201
> (617) 635-4039 – Donohue
> (617) 635-4115 - Avila

Dated: January 15, 2004

2

## CERTIFICATE OF SERVICE

I, Thomas R. Donohue, hereby certify that on this date I served a copy of the foregoing documents upon the pro se plaintiff: Vincent F. Zarrilli, Box 101, Hanover Station, Boston, MA 02112, via first class, postage prepaid, U.S. Mail.

_1/15/04_                _Thomas R. Donohue_
Date                              Thomas R. Donohue