SCANNED
DATE: 1-23-04
BY: CMS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 JAN 23 A 11:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
    Pro Se Plaintiff,

v.

CITY OF BOSTON, ET AL.
    Defendants.

**DEFENDANT EDWARD KENNEDY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6).**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Edward Kennedy moves this Honorable Court to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted. In further support of its motion, defendant submits an attached memorandum of law.

*Wherefore*, defendant Edward Kennedy respectfully requests that this Honorable Court dismiss plaintiff's complaint.

**ORAL ARGUMENT IS REQUESTED FOR THIS MOTION.**

        Respectfully submitted,
        DEFENDANT, KEVIN JOYCE
        Merita A. Hopkins
        Corporation Counsel
        By his attorneys:

        /s/ Thomas R. Donohue
        Thomas R. Donohue - BBO# 643483
        Layla N. Avila - BBO# #650665
        Assistant Corporation Counsel
        City of Boston Law Department
        Room 615, City Hall
        Boston, MA 02201
        (617) 635-4039 - Donohue
        (617) 635-4115 - Avila

Dated: January 21, 2004