UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
    Pro Se Plaintiff,

v.

CITY OF BOSTON, ET AL.
    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I communicated with Pro Se Plaintiff Vincent F. Zarilli concerning *Defendant Edward Kennedy's Motion To Dismiss Plaintiff's Complaint Pursuant To Fed. R. Civ. P. 12(B)(6)* and we were unable to resolve or narrow the issues prior to the filing of the motion.

    Respectfully submitted,
    DEFENDANT, KEVIN JOYCE
    Merita A. Hopkins
    Corporation Counsel
    By his attorneys:

    _____
    Thomas R. Donohue - BBO# 643483
    Layla N. Avila - BBO# #650665
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4039 - Donohue
    (617) 635-4115 - Avila

Dated: January 21, 2004

CERTIFICATE OF SERVICE

I, Thomas R. Donohue, hereby certify that on this date I served a copy of the foregoing documents: *Defendant Edward Kennedy's Motion To Dismiss Plaintiff's Complaint Pursuant To Fed. R. Civ. P. 12(B)(6)*, *Defendant Edward Kennedy's Memorandum Of Law In Support Of His Motion To Dismiss Plaintiff's Compliant Pursuant To Fed. R. Civ. P. 12(B)(6)*, and *Certification Pursuant To Local Rule 7.1(A)(2)* upon the pro se plaintiff: Vincent F. Zarrilli, Box 101, Hanover Station, Boston, MA 02112, via first class, postage prepaid, U.S. Mail.

1·21·04
Date

Thomas R. Donohue