UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
    Pro Se Plaintiff,

v.

KEVIN J. JOYCE, COMMISSIONER,
INSPECTIONAL SERVICES DEPARTMENT;
CITY OF BOSTON; BOSTON CODE
ENFORCEMENT; BOSTON INSPECTIONAL
SERVICES DEPARTMENT; JAMES CAHILL;
WILBUR BROWN; EDWARD KENNEDY; JOHN
BLACKMORE; ANTHONY CILLO; and
CHRISTOPHER STOCKBRIDGE
    Defendants.

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the following Defendants in the above-referenced matter:

1. Kevin J. Joyce, Commissioner, Inspectional Services Department;

2. City of Boston;

3. Boston Code Enforcement

4. Boston Inspectional Services Department;

5. James Cahill;

6. Wilbur Brown;

7. Edward Kennedy;

8. John Blackmore;

9. Anthony Cillo; and

10. Christopher Stockbridge.

1

        DEFENDANTS, KEVIN J. JOYCE,
COMMISSIONER, INSPECTIONAL
SERVICES DEPARTMENT; CITY OF
BOSTON; BOSTON CODE
ENFORCEMENT; BOSTON
INSPECTIONAL SERVICES
DEPARTMENT; JAMES CAHILL;
WILBUR BROWN; EDWARD KENNEDY;
JOHN BLACKMORE; ANTHONY
CILLO; and CHRISTOPHER
STOCKBRIDGE

Merita A. Hopkins
Corporation Counsel
By its attorneys,

_____
Wendy S. Plotkin, BBO# 647716
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-2902

Dated: February 24, 2004

CERTIFICATE OF SERVICE

I, Wendy S. Plotkin, hereby certify that on this date I served a copy of the foregoing documents upon the pro se plaintiff:  :

>Vincent F. Zarrilli
>Box 101
>Hanover Station
>Boston, MA 02112

via first class, postage prepaid, U.S. Mail.

2/24/04
Date

_____
Wendy S. Plotkin

1