UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12387 RGS

VINCENT F. ZARILLI,
    Pro Se Plaintiff,

v.

KEVIN J. JOYCE, COMMISSIONER,
INSPECTIONAL SERVICES DEPARTMENT;
CITY OF BOSTON; BOSTON CODE
ENFORCEMENT; BOSTON INSPECTIONAL
SERVICES DEPARTMENT; JAMES CAHILL;
WILBUR BROWN; EDWARD KENNEDY; JOHN
BLACKMORE; ANTHONY CILLO; and
CHRISTOPHER STOCKBRIDGE
    Defendants.

**NOTICE OF WITHDRAWAL**

Please accept my withdrawal as attorney of record for the following Defendants in the above-referenced matter:

1. Kevin J. Joyce, Commissioner, Inspectional Services Department;
2. City of Boston;
3. Boston Code Enforcement
4. Boston Inspectional Services Department;
5. James Cahill;
6. Wilbur Brown;
7. Edward Kennedy;
8. John Blackmore;
9. Anthony Cillo; and
10. Christopher Stockbridge.

1

DEFENDANTS, KEVIN J. JOYCE, COMMISSIONER, INSPECTIONAL SERVICES DEPARTMENT; CITY OF BOSTON; BOSTON CODE ENFORCEMENT; BOSTON INSPECTIONAL SERVICES DEPARTMENT; JAMES CAHILL; WILBUR BROWN; EDWARD KENNEDY; JOHN BLACKMORE; ANTHONY CILLO; and CHRISTOPHER STOCKBRIDGE

Merita A. Hopkins
Corporation Counsel
By its attorneys,

_____
Layla N. Avila, BBO# 650665
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
Boston, Massachusetts 02201
(617) 635-4115

Dated: 2/24/04