UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 1:03-cv-12387-RGS

| | |
|---|---|
| VINCENT ZARRILLI | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| KEVIN JOYCE, Commissioner, Boston Dept. of | ) |
| Inspectional Services; CITY OF BOSTON; | ) |
| BOSTON CODE ENFORCEMENT PROGRAM | ) |
| BOSTON INSPECTIONAL SERVICES DEPT; | ) |
| JAMES CAHILL, Director, Boston Code; | ) |
| MARK MEEHAN, Boston Code Program; | ) |
| WILBUR BROWN, Boston Inspectional Services; | ) |
| EDWARD KENNEDY,Boston Inspectional Serv. | ) |
| JOHN BLACKMORE, Boston Code Dept; | ) |
| ANTHONY CILLO, Boston Code Dept; | ) |
| CHRISTOPHER STOCKBRIDGE,Boston Code Dept;) | |
| and DANIEL HOGAN, Boston Municipal Court, | ) |
| | ) |
| Defendants | ) |

*motion to*

Plaintiff, Vincent F. Zarrilli ~~is~~ assented to extend the time for filing opposition. The plaintiff, Vincent F. Zarrilli now requests an extension of time, to wit, 30 days from the date the defendant, Dan Hogan files his responsive pleading *so in turn file his opposition.*

Respectfully submitted,

Vincent F. Zarrilli
Box 101, Hanover Station
Boston, MA 02113
Phone: 617-523-9210
Fax: 617-523-6765

CERTIFICATAE OF SERVICE

I, Vincent F. Zarrilli, certify that I have sent a true copy of the within on March /  2004 to Tom Doahue,esq. R615, City Hall Boston, MA 02201 and Frank Gobourne, esq, 200 Portland St, Boston, MA 02114