UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 1:03-cv-12387-RGS

| | |
|---|---|
| VINCENT ZARRILLI<br><br>Plaintiff,<br><br>v.<br><br>KEVIN JOYCE, Commissioner, Boston Dept. of Inspectional Services; CITY OF BOSTON; BOSTON CODE ENFORCEMENT PROGRAM; BOSTON INSPECTIONAL SERVICES DEPT.; JAMES CAHILL, Director, Boston Code Dept.; MARK MEEHAN, Boston Code Program; WILBUR BROWN, Boston Inspectional Services; EDWARD KENNEDY, Boston Inspectional Services; JOHN BLACKMORE, Boston Code Dept.; CHRISTOPHER STOCKBRIDGE, Boston Code Dept.; and DANIEL HOGAN, Boston Municipal Court,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT DANIEL HOGAN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(6).

Pursuant to Fed. R. Civ. P. 12 (b)(6), defendant, Mr. Hogan, moves this Honorable Court to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted, as the defendant, a public employee acting within the scope of his employment, is immune from liability for negligence, wrongful acts, or omissions pursuant to the Massachusetts Tort Claims Act. M.G.L. c. 258 §2. In further support of its motion, the defendant submits the attached memorandum of law.

Wherefore, the defendant respectfully requests that this Honorable Court dismiss plaintiff's complaint.

                    Respectfully submitted,

                    DANIEL HOGAN,

                    By his attorney,

                    THOMAS F. REILLY
                    ATTORNEY GENERAL

                    Franco GoBourne
                    Assistant Attorney General
                    Government Bureau/Trial Division
                    200 Portland Street, 3RD Floor
                    Boston, MA 02114
                    (617) 727-2200, ext.  3329

Dated: March 18, 2004

## CERTIFICATE OF SERVICE

I hereby certify under the penalties of perjury that I served the attached defendant, Daniel Hogan's, Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) upon all parties this 18th day of March, 2004, by mailing one copy of the motion, first class, postage prepaid, to Vincent F. Zarrilli, P.O. Box 101, Hanover Station, Boston, MA.

_____
Franco GoBourne