UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 1:03cv12387 RGS

Vincent F. Zarrilli

v

City of Boston, et al

## PLAINTIFF'S MOTION FOR RECONSIDERATION AND CLARIFICATION

The Plaintiff, Vincent F. Zarrilli, pursuant to rule 59 RFCP timely now seeks reconsideration and pursuant to rule 52 findings and rulings is to Item No. 2.

1) Plaintiff has <u>not</u> alleged that the issuance of the warrant was void because it was done on an ex parte basis. He has in fact alleged that it was void ab *init*, because it was issued to a non licensed Massachusetts attorney and as such patently violative of governing Massachusetts law, to wit, <u>Varney Enterprises, Inc vs WMF, Inc</u>, 402MASS 79 (1988). The City of Boston is a municipal corporation. A non licensed attorney has no standing to appear in a court and request anything at all on behalf of a corporation municipal or otherwise exclusive of any specified small claims court procedure.

The clerk magistrate defendant the *Mr* Hogan had no jurisdiction to deal with a non lawyer. He acted in the clear absence of jurisdiction for which leasing lies <u>Sparkman Stump</u> (*citation om*.*tt*)

2) The plaintiff objects to being classified as a "major" sidewalk usage violator. The plaintiff is but <u>one</u> entity. The Boston Globe and Boston Herald are each <u>ONE</u> entity. The approximate cumulative total or unlicensed sidewalk vending boxes *in the city* occupying space on Boston sidewalks number 10-18,000. Plaintiff Zarrilli at most placed *placed by* 6-8 items on the sidewalk.

3) The plaintiff's amended complaint was actually timely filed on June 11th, 4 days before the June 15th opinion. Its status a fresh, clean start for the State court justice. It is requested that this be spelled out by the court so as to save time and labor for all parties and the state court.

4) The plaintiff now asks the question "If the three mentioned entities place at least 5,000 items each on the sidewalk, how does the one entity plaintiff who placed 8 items in comp*arison*    acquire the status of a major violator.

Respectfully submitted,

Vincent F. Zarrilli
Box 101, Hanover Station
Boston, MA 02113
617-523-9210

*Mot., the case having been remanded. R.S. Stearns US 6-29-04.*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_Russell Sheehan_
Plaintiff

v.

_Thibault Controls LLC_
Defendant

Civil Action No. _04-10282 RGS_

### NOTICE OF DEFAULT

Upon application of the Plaintiff, _Russell Sheehan_ for an order of Default for failure of the Defendant, _Thibault Controls Inc_, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this _24th_ day of _June_, _2004_

TONY ANASTAS
Clerk

_Elaine Flaherty_
Deputy Clerk

Notice mailed to: _all counsel of record and Thibault Controls LLC, 39 Eagle Drive, Bedford NH 03110_