UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
VINCENT ZARRILLI                                )
                Plaintiff,                      )
        v.                                      )
KEVIN JOYCE, Commissioner, Boston Dept. of      )
Inspectional Services; CITY OF BOSTON;          )
BOSTON CODE ENFORCEMENT PROGRAM                 )
BOSTON INSPECTIONAL SERVICES DEPT;              )
JAMES CAHILL, Director, Boston Code;            )   C. A. No. 1:03-cv-12387-RGS
MARK MEEHAN, Boston Code Program;               )
WILBUR BROWN, Boston Inspectional Services      )
EDWARD KENNEDY, Boston Inspectional             )
Services; JOHN BLACKMORE, Boston Code           )
Dept.; ANTHONY CILLO, Boston Code               )
Dept.; CHRISTOPHER STOCKBRIDGE,                 )
Boston Code Dept.; and DANIEL HOGAN,            )
Boston Municipal Court,                         )
                Defendants.                     )
                                                )
```

FILED
CLERKS OFFICE
2004 JUL -2 P 12:52
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of the undersigned as the attorney for the defendant, Daniel Hogan, Chief Magistrate, Boston Municipal Court, in the above-entitled case.

COMMONWEALTH OF MASSACHUSETTS
By its Attorneys

THOMAS F. REILLY
ATTORNEY GENERAL

_[signature]_
Doris Helene White, BBO # 554116
Assistant Attorney General
Government Bureau/Trial Division
Office of the Attorney General
One Ashburton Place, Rm. 1813
Boston, MA 02108-1598
(617) 727-2200, Ext. 3334

Date: July 1, 2004

## CERTIFICATE OF SERVICE

I, Doris Helene White, Assistant Attorney General, hereby certify that I have this day, July 1, 2004, served the foregoing documents, upon all parties, by mailing a copy, Certified Mail, postage prepaid to:

Vincent F. Zarrilli
Box 101
Hanover Station
Boston, MA 02113

Thomas R. Donohue, Esq.
Layla N. Avila, Esq.
City of Boston Law Department
Room 615
One City Hall
Boston, MA 02201

_____
Doris Helene White, Esquire