UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT ZARRILLI<br>        Plaintiff,<br>v.<br>KEVIN JOYCE, Commissioner, Boston Dept. of Inspectional Services; CITY OF BOSTON; BOSTON CODE ENFORCEMENT PROGRAM BOSTON INSPECTIONAL SERVICES DEPT; JAMES CAHILL, Director, Boston Code; MARK MEEHAN, Boston Code Program; WILBUR BROWN, Boston Inspectional Services EDWARD KENNEDY, Boston Inspectional Services; JOHN BLACKMORE, Boston Code Dept.; ANTHONY CILLO, Boston Code Dept.; CHRISTOPHER STOCKBRIDGE, Boston Code Dept.; and DANIEL HOGAN, Boston Municipal Court,<br>        Defendants. | C. A. No. 1:03-cv-12387-RGS |

FILED
IN CLERKS OFFICE
2004 JUL -2 P 12: 52
U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF CHANGE OF ADDRESS

To The Clerk Of The Above-Named Court:

Please be advised that as of June 1, 2004, the undersigned's new address will be:

    **Office of the Attorney General**
    **One Ashburton Place, Rm. 1813**
    **Boston, MA 02108-1598**
    **(617) 727-2200**

    Respectfully submitted,
    COMMONWEALTH OF MASSACHUSETTS,

    By its Attorneys,
    THOMAS F. REILLY
    ATTORNEY GENERAL

    _____
    Doris Helene White, BBO# 554116
    Office of the Attorney General
    One Ashburton Place, Rm. 1813
    Boston, MA 02108-1598
DATED: July 1, 2004    (617) 727-2200 ext. 3334

## CERTIFICATE OF SERVICE

I, Doris Helene White, Assistant Attorney General, hereby certify that I have this day, July 1, 2004, served the foregoing document upon the attorney of record, by mailing a copy, first class, postage prepaid to:

Vincent F. Zarrilli
Box 101
Hanover Station
Boston, MA 02113

Thomas R. Donohue, Esq.
Layla N. Avila, Esq.
Assistant Corporation Counsel
City of Boston Law Department
Room 615, Boston City Hall
One City Hall
Boston, MA 02201

_____
Doris Helene White, Esquire