*Suffolk Superior Civil Ct.*


**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT** *03-5263*
DISTRICT OF MASSACHUSETTS
POST OFFICE & COURTHOUSE BUILDING
BOSTON, MASSACHUSETTS 02109
TELEPHONE: 617-223-9152


2004 AUG -3 P 1:42

TO: *Clerk, Suffolk Superior Ct, Boston MA*

RE:
CIVIL ACTION #: 03-12387-RGS
CRIMINAL #: _____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _*Richard A*_ by the Honorable _*Stearns*_ on _*6/15/04*_.

The following documents are included in our file and transmitted herewith:

(✓) Certified copy of the docket entries;

(✓) Certified copy of the transferral order;

( ) Original documents numbered _*1-31*_

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS, CLERK

Date: _*7/20/04*_   By: _*Elaine Flaherty*_
Deputy Clerk

cc: Counsel, File

---

The documents listed above were received by me on _*July 21, 2004*_ and assigned the following case number: _*03-5263*_

By: _*Samantha Leafe*_
Deputy Clerk

(transrec.ltr - 10/96)